Sengthiene Bosavanh, Esq. #249801
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA SANCHEZ, <br> Plaintiff, <br> vs. <br> COMMISSIONER OF SOCIAL SECURITY MICHAEL ASTRUE <br> Defendant. | 1:07-CV-598 AWI GSA <br><br> STIPULATION AND ORDER |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until January 18, 2008, in which to serve Plaintiff's Confidential brief. All remaining actions under the scheduling order filed, April 18, 2007, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

1  Dated:  December 22, 2007                    /s/ Sengthiene Bosavanh

2                                                SENGTHIENE BOSAVANH, ESQ.
                                                 Attorney for Plaintiff.
3

4  Dated: December 27, 2007                     MCGREGOR SCOTT
                                                 United States Attorney
5
                                                 By: /s/ Elizabeth Firer
6                                                (as authorized via facsimile/e-mail)
                                                 ELIZABETH FIRER
7                                                Assistant Regional Counsel

8

9

10

11         IT IS SO ORDERED.

12      **Dated:   January 2, 2008**                    **/s/ Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE
13