# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| YOLANDA SANCHEZ, | ) | 1:07-cv-00598 AWI GSA |
| | ) | |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS AND |
| Plaintiff, | ) | RECOMMENDATION |
| | ) | |
| v. | ) | (Document 23) |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On April 17, 2007, Plaintiff, proceeding in forma pauperis, filed the present action in this Court. Plaintiff seeks review of the Commissioner's denial of her application for benefits.

On June 12, 2008, the Magistrate Judge issued Findings and Recommendation that Plaintiff's appeal from the administrative decision of the Commissioner of Social Security be dismissed for failure to obey a court order. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued June 12, 2008, is ADOPTED IN FULL; and

2. This action is dismissed for Plaintiff's failure to obey the court's orders entered on April 19, 2007, and May 12, 2008.

IT IS SO ORDERED.

**Dated:   July 22, 2008**                           **/s/ Anthony W. Ishii**
                                                    CHIEF UNITED STATES DISTRICT JUDGE